UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

SEP 2 5 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                        INDICTMENT NO. 6:19-CR-61-CHB

**DEREK L. MCHARGUE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2261A(2)(B)

On or about a date in October of 2018, the exact date unknown, and continuing through on or about a date in November of 2018, the exact date unknown, in Whitley County and Laurel County, in the Eastern District of Kentucky, and elsewhere,

**DEREK L. MCHARGUE,**

with the intent to injure, harass, and cause substantial emotional distress to a person, to wit: Victim 1, used facilities of interstate or foreign commerce, including telecommunication services, electronic mail, and internet websites, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1, all in violation of 18 U.S.C. § 2261A(2)(B).

### COUNT 2
### 18 U.S.C. § 844(e)

On or about November 4, 2018, in Whitley County, in the Eastern District of

Kentucky, and elsewhere,

**DEREK L. MCHARGUE,**

through the use of the telephone, an instrument of interstate and foreign commerce, willfully made a threat to kill, injure, and intimidate an individual and unlawfully damage and destroy any building by means of an explosive, in and affecting interstate or foreign commerce, in violation of 18 U.S.C. 844(e).

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 1 year and not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 2:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.